UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TIFFANY LEWIS, | ) |
|       Plaintiff, | ) ) ) |
|       v. | )   No. 1:25-cv-00275-JPH-MJD ) |
| REGISTER.COM, INC., | ) ) |
|       Defendant. | ) |

**ORDER**

This matter is before the Court on Plaintiff's Consent Motion for Extension of Time. [Dkt. 19.] The Court, being duly advised, hereby **GRANTS** the motion. Plaintiff shall have to and including **May 27, 2025** to respond to the Defendant's Motion to Dismiss.

SO ORDERED.

Dated: 13 MAY 2025

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.