# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| TIFFANY LEWIS, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br>v.<br><br>REGISTER.COM, INC.<br><br>Defendant. | Case No.: 1:25-cv-00275-JPH-MJD<br><br>Honorable Robert J. White<br><br>Magistrate Judge Curtis Ivy, Jr. |

**Declaration of Tiffany Lewis**

I, Tiffany Lewis, hereby declare as follows:

1. I am the plaintiff in this case. I make this declaration based on my personal knowledge, and if called as a witness, I could and would testify competently to the matters stated below.

2. At all relevant times, I resided in the State of Indiana, within the Southern District.

3. While residing in Indiana, I received at least one telephone call from the Defendant that were made using an artificial or prerecorded voice. These calls were made to my personal cellular phone.

4. I did not provide prior express written consent to receive such calls from Defendant.

5. The calls caused me nuisance, frustration, and disturbance, and I was physically present in Indiana when I received them.

6. During the pendency of this lawsuit, I've still received calls from Register.com, as recently as May 16, 2025.

7. Indeed, I've received more than a dozen calls since the filing of this lawsuit from Register.com.

8. The calls have been from (855) 881-4443.

9. That is the same number that Register.com called me from for the calls pled in my original complaint.

10. Furthermore, the name "Register" appears on my Caller ID when I receive the calls.

11. I have attached several screenshots of the calls as <u>Exhibit A</u>.

12. All of the injuries I sustained occurred while I was in Indiana. My claims in this case arise out of and relate to Defendant's conduct directed at me while I was in Indiana.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 17nd Day of May 2025

*Tiffany Lewis*

**TIFFANY LEWIS**

# **EXHIBIT A**



