AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | | |
|---|---|---|
| TIFFANY LEWIS, on behalf of herself and others | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-00275-JPH-MJD |
| Register.com, Inc. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Register.com, Inc.

Date: 06/16/2025

*Attorney's signature*

Abbey E. Block
*Printed name and bar number*

Ifrah PLLC
1717 Pennsylvania Avenue, NW
Suite 650
Washington, DC 20006
*Address*

ablock@ifrahlaw.com
*E-mail address*

(202) 793-4414
*Telephone number*

(202) 524-4141
*FAX number*