UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| TIFFANY LEWIS, on behalf of herself and others similarly situated,<br><br>      Plaintiff,<br>v.<br><br>REGISTER.COM, INC.<br><br>      Defendant. | Case No.: 1:25-cv-00275-JPH-MJD<br><br>Judge: Robert J. White<br><br>Magistrate Judge: Mark J. Dinsmore |

**PLAINTIFF'S PRELIMINARY WITNESS AND EXHIBIT LIST**

1. Tiffany Lewis
   c/o PARONICH LAW, P.C.
   350 Lincoln Street, Suite 2400
   Hingham, MA 02043
   Phone: (617) 485-0018

2. Register.com, Inc. ("Defendant')
   c/o IfrahLaw
   1717 Pennsylvania Ave, N.W. Suite 650
   Washington, DC 20006

3. Any representative of Defendant who made pre-recorded calls to the Plaintiff's telephone (name and contact information unknown to Plaintiff at this time)

4. Any witness disclosed or called by Defendant.

5. Plaintiff reserves the right to supplement the witness list until the deadline set forth in the Court's Case Management Plan for final witness and exhibit lists.

Exhibits Plaintiff expects to rely on at trial:

1. Telephone records reflecting certain calls Defendant made, or caused to be made, that used a pre-recorded message

2. Defendant's responses to Plaintiff's Discovery Requests.

3. Any documents produced by or identified by Defendant in response to Plaintiff's Discovery Requests.

4. Any documents produced by or identified by Defendant through its Initial Disclosures.

5.  Any exhibit listed by Defendant.

6.  Plaintiff reserves the right to supplement his exhibit list until the deadline set forth in the Court's Case Management Plan for final witness and exhibit lists.

Dated: July 10, 2025                /s/ *Anthony Paronich*
                                    Anthony I. Paronich
                                    PARONICH LAW, P.C.
                                    350 Lincoln Street, Suite 2400
                                    Hingham, MA 02043
                                    Tel: (617) 485-0018
                                    Fax: (508) 318-8100
                                    anthony@paronichlaw.com

                                    Counsel for Plaintiff and the proposed class