UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TIFFANY LEWIS individually and on behalf of all others similarly situated, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) No. 1:25-cv-00275-JPH-MJD |
| | )<br>) |
| REGISTER.COM, INC., | )<br>) |
| Defendant. | ) |

**MINUTE ENTRY FOR AUGUST 1, 2025**
**TELEPHONIC STATUS CONFERENCE**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

The parties appeared by counsel for a telephonic Status Conference. The parties discussed the status of and future plans for discovery. The parties are reminded to promptly meet-and-confer regarding any discovery disputes (which requires a live communication, either in person or by telephone; written communications regarding discovery disputes **do not** satisfy the duty to meet-and-confer, and a demand for such written communication in advance of a live communication constitutes a refusal to meet-and-confer), and to then promptly request a conference with the Magistrate Judge to address any unresolved disputes as required by Local Rule 37-1.

This matter is scheduled for a telephonic status conference on **Wednesday, August 27, 2025 at 2:00 p.m. (Eastern)** to discuss case status, as well as the parties' Supplemental Joint Report on the Status of Discovery, which is due August 25, 2025. Counsel shall attend the status

conference by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system.

Dated: 1 AUG 2025

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the Court's ECF system.