UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TIFFANY LEWIS individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 1:25-cv-00275-JPH-MJD ) |
| REGISTER.COM, INC., | ) ) |
| Defendant. | ) ) |

**MINUTE ENTRY FOR AUGUST 27, 2025
TELEPHONIC STATUS CONFERENCE
HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

The parties appeared by counsel for a telephonic Status Conference.

On or before **September 3, 2025**, Plaintiff shall file a motion to compel more complete responses to Plaintiff's discovery requests to Defendant; any response to the motion shall be filed on or before **September 8, 2025**, any reply in support of the motion shall be filed on or before **September 10, 2025**.

This matter is also before the Court on Defendant's Motion for Bifurcation of Discovery [Dkt. 40]; any response to the motion shall be filed on or before **September 5, 2025**; any reply in support of the motion shall be filed on or before **September 10, 2025**.

This matter is scheduled for a telephonic status conference on **Wednesday, September 24, 2025 at 12:00 p.m. (Eastern)** to discuss case status, as well as the parties' Supplemental Joint Report on the Status of Discovery, which is due September 22, 2025. Counsel shall attend

the status conference by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system.

Dated: 27 AUG 2025

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the Court's ECF system.