UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| TIFFANY LEWIS, *on behalf of herself and others similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> REGISTER.COM, INC., <br><br> Defendant. | Case No.: 1:25-cv-00275-JPH-MJD |

**PLAINTIFF'S *UNOPPOSED* MOTION TO EXTEND HER DEADLINE TO FILE A RESPONSE TO DEFENDANT'S MOTION TO STRIKE CLASS ALLEGATIONS**

1. On August 27, 2025, Register.com, Inc. ("Defendant") filed its motion to strike class allegations ("Motion"), *see* ECF No. 39, together with a supporting declaration from Bethena Dasher—"a Senior Manager of the Legal Department of the Company." *See* ECF No. 39-1.

2. Tiffany Lewis's ("Plaintiff") response to the Motion is therefore due on or before September 10, 2025. *See* S.D. Ind. L.R. 7-1(c)(3)(A) ("Any response is due within 14 days after service of the motion").

3. Plaintiff, however, requests an additional fourteen days to prepare and file her response to the Motion.

4. Defendant does not oppose Plaintiff's request.

5. Plaintiff makes her request in good faith, given the complex nature of this case and the Motion, and not for purposes of delay.

6. WHEREFORE, Plaintiff requests that this Court allow her until September 24, 2025 to file a response to the Motion.

1

| | |
|---|---|
| Dated: September 5, 2025 | */s/ Aaron D. Radbil*<br>Aaron D. Radbil<br>Greenwald Davidson Radbil PLLC<br>5550 Glades Road, Suite 500<br>Boca Raton, Florida 33431<br>(561) 826-5477<br>aradbil@gdrlawfirm.com<br><br>Anthony I. Paronich<br>PARONICH LAW, P.C.<br>350 Lincoln Street, Suite 2400<br>Hingham, MA 02043<br>Tel: (617) 485-0018<br>Fax: (508) 318-8100<br>anthony@paronichlaw.com<br><br>*Counsel for Plaintiff and the proposed class* |