UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| TIFFANY LEWIS, *on behalf of herself and others similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> REGISTER.COM, INC., <br><br> Defendant. | Case No.: 1:25-cv-00275-JPH-MJD |

**PLAINTIFF'S UNOPPOSED MOTION TO EXTEND HER DEADLINE TO FILE A RESPONSE TO DEFENDANT'S MOTION TO STRIKE CLASS ALLEGATIONS**

1. On August 27, 2025, Register.com, Inc. ("Defendant") filed its motion to strike class allegations ("Motion"), *see* ECF No. 39, together with a supporting declaration from Bethena Dasher—"a Senior Manager of the Legal Department of the Company." *See* ECF No. 39-1.

2. Tiffany Lewis's ("Plaintiff") response to the Motion is therefore due on or before September 10, 2025. *See* S.D. Ind. L.R. 7-1(c)(3)(A) ("Any response is due within 14 days after service of the motion").

3. The Court previously granted a 14-day extension on the motion. *See* ECF No. 47.

4. In the interim, the parties have agreed to a mediation that will be conducted on October 21, 2025.

5. Plaintiff, however, requests an additional thirty-seven days to prepare and file her response to the Motion to October 30, 2025.

6. Defendant does not oppose Plaintiff's request.

7. Plaintiff makes her request in good faith, given the complex nature of this case and the Motion, and not for purposes of delay.

8. WHEREFORE, Plaintiff requests that this Court allow her until October 30, 2025 to file a response to the Motion.

Dated: September 24, 2025

*/s/ Aaron D. Radbil*
Aaron D. Radbil
Greenwald Davidson Radbil PLLC
5550 Glades Road, Suite 500
Boca Raton, Florida 33431
(561) 826-5477
aradbil@gdrlawfirm.com

Anthony I. Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
Fax: (508) 318-8100
anthony@paronichlaw.com

*Counsel for Plaintiff and the proposed class*