# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| TIFFANY LEWIS, *on behalf of herself and others similarly situated*, | ) Case No.: 1:25-cv-00275-JPH-MJD </br> ) |
| Plaintiff, | ) </br> ) |
| v. | ) </br> ) |
| REGISTER.COM, INC., | ) </br> ) |
| Defendant. | ) </br> ) |

## (PROPOSED) ORDER ON PLAINTIFF'S UNOPPOSED MOTION TO EXTEND HER DEADLINE TO FILE A RESPONSE TO DEFENDANT'S MOTION TO STRIKE CLASS ALLEGATIONS

Plaintiff is allowed until October 30, 2025 to file a response to Defendant's motion to strike class allegations.

Dated this _____ day of _____, 2025.

_____
United States District Judge