UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TIFFANY LEWIS individually and on behalf of all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>REGISTER.COM, INC., )<br>)<br>Defendant. ) | No. 1:25-cv-00275-JPH-MJD |

**MINUTE ENTRY FOR SEPTEMBER 24, 2025**
**TELEPHONIC STATUS CONFERENCE**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

The parties appeared by counsel for a telephonic Status Conference. The parties discussed the status of and future plans for discovery.

This matter is scheduled for a telephonic status conference on **Wednesday, October 22, 2025 at 11:00 a.m. (Eastern)** to discuss case status, as well as the parties' Supplemental Joint Report on the Status of Discovery, which is due October 20, 2025.[1] Counsel shall attend the status conference by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system.

Dated:  24 SEP 2025

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

---

[1] The parties are again reminded that Section 1 of their Supplemental Joint Report on the Status of Discovery should provide "A detailed description of all discovery completed **within the preceding 28 days**."  [Dkt. 29 at 2.]

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the Court's ECF system.