UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TIFFANY LEWIS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 1:25-cv-00275-JPH-MJD |
| REGISTER.COM, INC., | ) ) ) |
| Defendant. | ) ) |

**ORDER**

This matter is before the Court on Plaintiff's Unopposed Motion to Extend Her Deadline to File a Response to Defendant's Motion to Strike Class Allegations. [Dkt. 51.] The Court, being duly advised, hereby **GRANTS** the motion. Plaintiff shall have to and including **October 30, 2025** to file a response to Defendant's motion to strike class allegations.

SO ORDERED.

Dated: 25 SEP 2025

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.