UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| TIFFANY LEWIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:25-cv-00275-JPH-MJD |
| | ) | |
| REGISTER.COM, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This matter is before the Court on the parties' Joint Motion to Advance Time of Status Conference, and for Related Relief to Extend the Time to Respond to the Defendant's Motion to Strike.[1] [Dkt. 55.] The Court, being duly advised, hereby **GRANTS** the motions.

The telephonic status conference previously scheduled at 11:00 a.m. on **October 22, 2025** [Dkts. 52 & 54] will now commence at **10:00 a.m. (Eastern)** on that same date. The call-in information previously provided [Dkt. 54] remains unchanged.

In addition, Plaintiff shall have to and including **November 13, 2025** to file a response to Defendant's motion to strike class allegations.

SO ORDERED.

Dated:  20 OCT 2025

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

---

[1] The parties' joint motion improperly combines two separate motions. The parties are reminded that Local Rule 7-1(a) requires separate motions to be filed separately. In the interest of efficiency, the Court will address the instant request. However, the parties are advised that **any further improperly submitted motions will be denied**.

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.