UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TIFFANY LEWIS individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) )   No. 1:25-cv-00275-JPH-MJD |
| NEWFOLD DIGITAL, INC., et al., | ) ) ) |
| Defendants. | ) |

**ORDER**

Pursuant to Defendant's Notice of Withdrawal of Motion to Strike, Without Prejudice, [Dkt. 60], the **Clerk is directed** to show Defendant's Motion to Strike Class Action Allegations [Dkt. 39] as **WITHDRAWN**.

SO ORDERED.

Dated: 18 NOV 2025

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically on all
ECF-registered counsel of record via email
generated by the Court's ECF system.