# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| TIFFANY LEWIS, *on behalf of herself and others similarly situated*,<br><br>　　　　Plaintiff,<br><br>v.<br><br>REGISTER.COM, INC.,<br><br>　　　　Defendant. | ) Case No.: 1:25-cv-00275-JPH-MJD<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### Notice of Settlement

The parties file this notice to advise the Court that the parties have tentatively reached a class action settlement in this matter and hope to file a motion for preliminary approval of a class action settlement within 30 days.

Dated: December 12, 2025

*/s/ Anthony I. Paronich*
Anthony I. Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
Fax: (508) 318-8100
anthony@paronichlaw.com

Aaron D. Radbil
Greenwald Davidson Radbil PLLC
5550 Glades Road, Suite 500
Boca Raton, Florida 33431
(561) 826-5477
aradbil@gdrlawfirm.com

*Counsel for Plaintiff and the proposed class*

/s/ *A. Jeff Ifrah*
A. Jeff Ifrah
jeff@ifrahlaw.com
Abbey Block
ablock@ifrahlaw.com
IFRAH PLLC
1717 Pennsylvania Ave. NW
Suite 650
Washington, D.C. 20006
Tel: (202) 524-4140

*Counsel for Defendant*