UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TIFFANY LEWIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:25-cv-00275-JPH-MJD |
| | ) |
| REGISTER.COM, INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

The Court has been advised by counsel that a settlement has been reached in this action. Therefore, all pending motions, if any, are now **DENIED AS MOOT** and all previously ordered dates relating to discovery, filings, schedules, conferences, and trial, if any, are **VACATED**. Counsel for the parties shall file a motion for preliminary approval of the settlement in this matter **within thirty (30) days of the date of this Order**.

SO ORDERED.

Dated: 15 DEC 2025

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.