UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TIFFANY LEWIS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:25-cv-00275-JPH-MJD |
| REGISTER.COM, INC., | ) ) ) |
| Defendant. | ) ) |

**ORDER**

This matter is before the Court on Plaintiff's Unopposed Motion for Extension of Time to File Motion for Preliminary Approval of Class Settlement. [Dkt. 67.] The Court, being duly advised, hereby **GRANTS** the motion. Counsel for the parties shall file a motion for preliminary approval of the settlement in this matter on or before **January 28, 2026**.

SO ORDERED.

Dated: 13 JAN 2026

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.