UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| TIFFANY LEWIS, *on behalf of herself and others similarly situated*, | ) Case No.: 1:25-cv-00275-JPH-MJD |
| Plaintiff, | ) |
| v. | ) |
| REGISTER.COM, INC., | ) |
| Defendant. | ) |

**DECLARATION OF TIFFANY LEWIS IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL
OF CLASS ACTION SETTLEMENT**

Pursuant to 28 U.S.C. § 1746, I declare as follows:

1. My name is Tiffany Lewis.

2. I am over twenty-one years of age.

3. I am fully competent to make the statements included in this declaration.

4. I have personal knowledge of the statements included in this declaration.

5. I am the named plaintiff in this matter.

6. I submit this declaration in support of my unopposed motion for preliminary approval of the class action settlement.

7. I am a member of the settlement class, which is defined as:

   All persons and entities throughout the United States (1) to whom Register.com, Inc. placed a call, (2) directed to a telephone number assigned to a cellular telephone service, (3) in connection with which Register.com, Inc. used an artificial or prerecorded voice, (4) from February 12, 2021 through November 24, 2025, and (5) after the cellular telephone number was permanently disconnected and made available for reassignment per the Federal Communications Commission's Reassigned Numbers Database.

8. From April 10, 2024 through May 13, 2025, Register.com, Inc. placed

1

approximately twenty-five artificial or prerecorded voice calls to my cellular telephone number.

9. I was not the intended recipient of Register.com, Inc.'s calls.

10. I am not, and was not, a customer of Register.com, Inc.

11. I do not, and did not, have an account with Register.com, Inc.

12. I did not provide my cellular telephone number to Register.com, Inc.

13. I am capable of protecting, have protected, and will continue to protect the interests of settlement class members.

14. I have been, and will continue to be, involved in this matter.

15. I have made, and am prepared to make, all necessary decisions involving this matter with settlement class members' best interests in mind.

16. I retained counsel in this matter who are experienced and competent in class action litigation, including cases under the Telephone Consumer Protection Act.

17. I have communicated, and will continue to communicate, regularly with my attorneys about this matter.

18. I am very proud of the $1,500,000 settlement, which will provide significant payments to participating settlement class members.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 01/27/2026

Tiffany Lewis