**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| TIFFANY LEWIS, *on behalf of herself and others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>NEWFOLD DIGITAL, INC., REGISTER.COM, INC.,<br><br>Defendants. | Case No. 1:25-cv-00275-JPH-MJD<br><br>CLASS ACTION<br><br>**DECLARATION OF TARA TRAPANI OF KROLL SETTLEMENT ADMINISTRATION LLC IN SUPPORT OF PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

I, Tara Trapani, declare as follows:

**INTRODUCTION**

1.       I am a Senior Director of Kroll Settlement Administration LLC ("Kroll"), the claims administrator appointed in the above-captioned case, whose principal office is located at One World Trade Center, 285 Fulton Street, 31st Floor, New York, New York 10007. I am over 21 years of age and am authorized to make this declaration on behalf of Kroll and myself. The following statements are based on my personal knowledge and information provided by other experienced Kroll employees working under my general supervision. This declaration is being filed in support of Plaintiff's motion for approval of class action settlement.

2.       Kroll has extensive experience in class action matters, having provided services in class action settlements involving antitrust, privacy, securities fraud, labor and employment, consumer, and government enforcement matters. Kroll has provided notification and/or claims administration services in more than 3,000 cases.

DECL. OF TARA TRAPANI                                - 1 -                                CASE NO. 1:25-CV-00275-JPH-MJD

## BACKGROUND

3.      Kroll was appointed as the claims administrator to provide notification and claims administration services in connection with the settlement ("Settlement") entered into in this litigation. Kroll's duties in connection with the Settlement have and will include: (a) preparing and sending notices in connection with the Class Action Fairness Act ("CAFA"); (b) performing a reverse cellular telephone-lookup search and scrub for the 453 telephone numbers received from Defendant's counsel to prepare the potential settlement class member contact list (the "Class List"); (c) creating a Settlement website with online-claim filing capabilities (the "Settlement Website"); (d) establishing a toll-free telephone number; (e) establishing a post office box for the receipt of mail; (f) preparing and sending the class notice and with detachable claim form (the "postcard notice") via first-class mail; (g) receiving and processing mail from the United States Postal Service ("USPS") with forwarding addresses; (h) receiving and processing undeliverable mail, without a forwarding address, from the USPS; (i) receiving and processing claim forms; (j) receiving and processing exclusion requests; and (k) such other tasks as counsel for the parties or the Court request Kroll to perform.

## NOTICE PROGRAM

**The CAFA Mailing**

4.      On behalf of Defendant, Kroll provided notice of the Settlement pursuant to CAFA ("CAFA Notice"). At Defendant's counsel's direction, on February 6, 2026, Kroll sent the CAFA Notice identifying the documents required, a true and correct copy of which is attached hereto as **Exhibit A**, via first-class certified mail, to (a) the Attorney General of the United States, (b) the fifty-seven (57) state and territorial Attorneys General identified in the service list for the CAFA Notice, attached hereto as **Exhibit B,** and (c) via email to three (3) state Attorneys General as noted on **Exhibit B**. The CAFA Notice directed the Attorneys General to the website www.CAFANotice.com, a site that contains all the documents relating to the Settlement referenced in the CAFA Notice.

**Data and Case Setup**

5. On February 3, 2026, Kroll received one (1) data file from Defendant. The file contained 453 telephone numbers. Kroll undertook several steps to prepare the Class List for the mailing of postcard notices. Reverse cellular telephone-lookup tracing was conducted through PacificEast and LexisNexis to identify 666 names and addresses associated with the telephone numbers. Additionally, in an effort to ensure that postcard notices would be deliverable to potential Settlement Class Members, on April 30, 2026, Kroll ran the Class List through the USPS's National Change of Address ("NCOA") database and updated the Class List with address changes received from the NCOA.

6. On April 7, 2026, Kroll created a dedicated Settlement Website entitled www.RegisterTCPASettlement.com. The Settlement Website "went live" on May 1, 2026 and contains a summary of the Settlement, important dates and deadlines, contact information for the claims administrator, answers to frequently asked questions, downloadable copies of relevant documents, including the class action complaint, the amended class action complaint, the class action settlement agreement, the motion for preliminary approval of class action settlement, the motion for attorneys' fees, costs, and expenses, and the order granting preliminary class approval, and allowed potential Settlement class members an opportunity to file a claim form online.

7. On April 6, 2026, Kroll established a toll-free telephone number, (833) 447-7880, for Settlement class members to call and obtain additional information regarding the Settlement through speaking with a live operator. As of June 1, 2026, forty-seven (47) callers have been connected to live operators.

8. On April 2, 2026, Kroll designated a post office box with the mailing address *Lewis v. Register.com, Inc. Settlement Administrator*, P.O. Box 225391, New York, NY 10150-5391, in order to receive requests for exclusion, claim forms, objections, and correspondence from potential Settlement class members.

**The Notice Program**

9. On May 1, 2026, Kroll caused the mailing of 666 postcard notices via first-class mail. A true and correct copy of the postcard notice with detachable claim form is attached hereto as **Exhibit C**.

## NOTICE PROGRAM REACH

10.    As of June 8, 2026, one (1) postcard notice was returned by the USPS with a forwarding address, which was automatically re-mailed to the updated address provided by the USPS.

11.    As of June 8, 2026, eighty-eight (88) postcard notices were returned by the USPS as undeliverable as addressed, without a forwarding address. Kroll ran the eighty-eight (88) undeliverable records through an advanced address search. The advanced address search produced forty-six (46) updated addresses. Kroll has re-mailed postcard notices to the forty-six (46) updated addresses obtained from the advanced address search. Of the forty-six (46) re-mailed postcard notices, none have been returned as undeliverable a second time.

12.    Based on the foregoing, following all postcard notice re-mailings, Kroll has reason to believe that postcard notices likely reached 624 of the 666 potential Settlement class members, which equates to a reach rate of the direct mail notice of approximately 93.7%. This reach rate is consistent with other court-approved best-practicable notice programs and Federal Judicial Center Guidelines, which state that a notice plan that reaches[1] over 70% of targeted class members is considered a high percentage and the "norm" of a notice campaign.[2]

13.    On June 1, 2026, at the request of counsel, Kroll initiated an outbound call campaign to provide a reminder of the approaching June 15, 2026 claim filing deadline to the 654 potential Settlement class members that had not yet filed a claim form.  As of June 8, 2026, a total of 654 calls have been attempted, with twenty-nine (29) establishing direct contact and 319 voicemail messages left with the potential Settlement class member.

## CLAIM ACTIVITY

14.    The claim deadline is June 15, 2026.

---

[1] FED. JUD. CTR., *Judges' Class Action Notice and Claims Process Checklist and Plain Language Guide* (2010), *available at* https://www.fjc.gov/sites/default/files/2012/NotCheck.pdf. The guide suggests that the minimum threshold for adequate notice is 70%.

[2] Barbara Rothstein and Thomas Willging, Federal Judicial Center Managing Class Action Litigation:  A Pocket Guide for Judges, at 27 (3d ed. 2010).

15.     As of June 8, 2026, Kroll has received twelve (12) claim forms through the mail and nine (9) claim forms filed electronically through the Settlement Website, for a total of twenty-one (21) claims received. Kroll is still in the process of reviewing and validating claim forms.

16.     To prevent claim forms from being filed by individuals outside the Settlement class and to curtail fraud, potential Settlement class members were provided a unique "Claim ID" on their respective notices as part of the claims process. The Claim ID is required for Settlement class members to file a claim form online.

## EXCLUSIONS AND OBJECTIONS

17.     The deadline to submit exclusion requests and objections is June 15, 2026.

18.     As of June 8, 2026, Kroll has received no exclusion requests.  Settlement class members were not instructed to submit objections to the administrator, and none have been received by Kroll.

## CERTIFICATION

I declare under penalty of perjury under the laws of the United States that the above is true and correct to the best of my knowledge and that this declaration was executed on June 8, 2026 in Port Washington, New York.

_____
TARA TRAPANI

---

DECL. OF TARA TRAPANI                              - 5 -                              CASE NO. 1:25-CV-00275-JPH-MJD

# Exhibit A



VIA U.S. MAIL

Date:    February 6, 2026

To:    All "Appropriate" Federal and State Officials Per 28 U.S.C. § 1715
(*see attached service list*)

Re:    CAFA Notice for the proposed Settlement in *Lewis v. Register.com, Inc.*, 1:25-cv-00275-JPH-MJD, pending in the United States District Court for the Southern District of Indiana

Pursuant to Section 3 of the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, Defendant Register.com, Inc.[1] ("Defendant") hereby notifies you of the proposed settlement of the above-captioned action (the "Action"), currently pending in the United States District Court for the Southern District of Indiana (the "Court").

Eight items must be provided to you in connection with any proposed class action settlement pursuant to 28 U.S.C. § 1715(b). Each of these items is addressed below, and all exhibits are available for download at www.CAFANotice.com under the folder entitled *Lewis v. Register*:

1.    28 U.S.C. § 1715(b)(l) – a copy of the complaint and any materials filed with the complaint and any amended complaints.

   The Class Action Complaint and Amended Class Action Complaint are available as **Exhibit A**, **A1**.

2.    28 U.S.C. § 1715(b)(2) – notice of any scheduled judicial hearing in the class action.

   On January 28, 2026, Plaintiff filed a motion for preliminary approval of the class action settlement, and the date of the preliminary approval hearing has not yet been set. The Court has not yet scheduled the Final Fairness Hearing for this matter. The proposed Preliminary Approval Order is available as **Exhibit B**.

3.    28 U.S.C. § 1715(b)(3) – any proposed or final notification to class members.

   Copies of the proposed Longform Notice and Postcard Notice will be provided to Class Members and will be available on the settlement website created for the

---

[1] On July 25, 2025, Register.com, Inc., merged into Network Solutions, LLC and Network Solutions, LLC is the surviving entity. Any of the subject telephone calls made on or after July 25, 2025 would have been made by the surviving entity, Network Solutions, LLC.

administration of this matter. These are available as **Exhibits C** and **D**, respectively. The notices describe, among other things, the Claim Form submission process and the Class Members' rights to object or exclude themselves from the Class.

4.      28 U.S.C. § 1715(b)(4) – any proposed or final class action settlement.

The Settlement Agreement is available as **Exhibit E**.

5.      28 U.S.C. § 1715(b)(5) – any settlement or other agreement contemporaneously made between class counsel and counsel for defendants.

There are no other settlements or other agreements between Class Counsel and counsel for Defendant beyond what is set forth in the Settlement Agreement.

6.      28 U.S.C. § 1715(b)(6) – any final judgment or notice of dismissal.

There has been no written judicial opinion. Accordingly, no such document is presently available.

7.      28 U.S.C. § 1715(b)(7) – (A) If feasible, the names of class members who reside in each State and the estimated proportionate share of the claims of such members to the entire settlement to that State's appropriate State official; or (B) if the provision of the information under subparagraph (A) is not feasible, a reasonable estimate of the number of class members residing in each State and the estimated proportionate share of the claims of such members to the entire settlement.

The definition of the Class in the proposed Settlement Agreement means all persons and entities throughout the United States (1) to whom Register.com, Inc. placed a call, (2) directed to a telephone number assigned to a cellular telephone service, (3) in connection with which Register.com, Inc. used an artificial or prerecorded voice, (4) from February 12, 2021 through November 24, 2025, and (5) after the cellular telephone number was permanently disconnected and made available for reassignment per the Federal Communications Commission's ("FCC") Reassigned Numbers Database ("RND").

An estimated breakdown by state for known Class Members is available as **Exhibit F.**

8.      28 U.S.C. § 1715(b)(8) – any written judicial opinion relating to the materials described in 28 U.S.C. § 1715(b) subparagraphs (3) through (6).

There has been no written judicial opinion. Accordingly, no such document is presently available.

If you have any questions about this notice, the Action, or the materials available for download at www.CAFANotice.com under the folder entitled Lewis v. Register.com, Inc., please contact the undersigned below.

Respectfully submitted,

Colleen Werberig
Senior Manager
Colleen.Werberig@Kroll.com

# Exhibit B

Page 4 of 7

## CAFA NOTICE SERVICE LIST

**U.S. Attorney General**
Pamela Bondi
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530

**Alabama Attorney General**
Steve Marshall
501 Washington Ave.
P.O. Box 300152
Montgomery, AL 36130

**Alaska Attorney General**
Steven J. Cox
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501

**American Samoa Attorney General**
Gwen Tauiliili-Langkilde
Executive Office Building, Utulei
3rd FL, PO Box 7
Utulei, AS 96799

**Arizona Attorney General**
Kris Mayes
2005 N Central Ave
Phoenix, AZ 85004

**Arkansas Attorney General**
Tim Griffin
323 Center St., Suite 200
Little Rock, AR 72201

**California Attorney General**
CAFA Coordinator
Office of the Attorney General
Consumer Protection Section
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102

**Colorado Attorney General**
Phil Weiser
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203

**Connecticut Attorney General**
William Tong
165 Capitol Avenue
Hartford, CT 06106
*AG.CAFA@CT.GOV

*Preferred

**Delaware Attorney General**
Kathy Jennings
Carvel State Office Building
820 N. French St.
Wilmington, DE 19801

**District of Columbia Attorney General**
Brian Schwalb
400 6th Street NW
Washington, D.C. 20001

**Florida Attorney General**
James Uthmeier
Office of the Attorney General
The Capitol, PL-01
Tallahassee, FL 32399

**Georgia Attorney General**
Chris Carr
40 Capitol Square, SW
Atlanta, GA 30334

**Guam Attorney General**
Douglas Moylan
Office of the Attorney General ITC Building
590 S. Marine Corps Dr, Ste 706
Tamuning, Guam 96913

**Hawaii Attorney General**
Anne E. Lopez
425 Queen St.
Honolulu, HI 96813

**Idaho Attorney General**
Raúl Labrador
700 W. Jefferson Street, Suite 210
P.O. Box 83720
Boise, ID 83720

Page 5 of 7

**Illinois Attorney General**
Kwame Raoul
James R. Thompson Ctr.
100 W. Randolph St.
Chicago, IL 60601

**Indiana Attorney General**
Todd Rokita
Indiana Government Center South
302 West Washington St., 5th Fl.
Indianapolis, IN 46204

**Iowa Attorney General**
Brenna Bird
Hoover State Office Building
1305 E. Walnut
Des Moines, IA 50319

**Kansas Attorney General**
Kris Kobach
120 S.W. 10th Ave., 2nd Fl.
Topeka, KS 66612

**Kentucky Attorney General**
Russell Coleman
700 Capital Avenue
Capitol Building, Suite 118
Frankfort, KY 40601

**Louisiana Attorney General**
Liz Murrill
1885 North Third St
Baton Rouge, LA 70802

**Maine Attorney General**
Aaron Frey
State House Station 6
Augusta, ME 04333

**Maryland Attorney General**
Anthony G. Brown
200 St. Paul Place
Baltimore, MD 21202

**Massachusetts Attorney General**
Office of Massachusetts Attorney General
Andrea Joy Campbell
ATTN: CAFA Coordinator/General
Counsel's Office

One Ashburton Place
Boston, MA 02108

**Michigan Attorney General**
Dana Nessel
P.O. Box 30212
525 W. Ottawa St.
Lansing, MI 48909

**Minnesota Attorney General**
Keith Ellison
445 Minnesota St, Suite 600
St. Paul, MN 55101

**Mississippi Attorney General**
Lynn Fitch
Department of Justice, P.O. Box 220
Jackson, MS 39205

**Missouri Attorney General**
Catherine Hanaway
Supreme Ct. Bldg., 207 W. High St.
P.O. Box 899
Jefferson City, MO 65101

**Montana Attorney General**
Austin Knudsen
Office of the Attorney General, Justice Bldg.
215 N. Sanders St., Third Floor
P.O. Box 201401
Helena, MT 59620

**Nebraska Attorney General**
Mike Hilgers
2115 State Capitol
P.O. Box 98920
Lincoln, NE 68509

**Nevada Attorney General**
Aaron D. Ford
CAFA Coordinator
Office of the Nevada Attorney General
Bureau of Consumer Protection
100 N. Carson Street
Carson City, NV 89701
* NVAGCAFAnotices@ag.nv.gov

* Preferred

Page 6 of 7

**New Hampshire Attorney General**
John Formella
33 Capitol Street
Concord, NH 03301

**New Jersey Attorney General**
Jennifer Davenport
Richard J. Hughes Justice Complex
25 Market Street, 8th Floor
P.O. Box 080
Trenton, NJ 08625

**New Mexico Attorney General**
Raul Torrez
P.O. Drawer 1508
Santa Fe, NM 87504-1508

**New York Attorney General**
Letitia A. James
CAFA Coordinator
Office of the New York State Attorney
General
28 Liberty Street, 15th Floor
New York NY 10005
* CAFA.Notices@ag.ny.gov

* Preferred

**North Carolina Attorney General**
Jeff Jackson
Dept. of Justice, P.O. Box 629
Raleigh, NC 27602-0629

**North Dakota Attorney General**
Drew Wrigley
State Capitol
600 E. Boulevard Ave.
Bismarck, ND 58505

**Northern Mariana Islands Attorney General**
Edward E. Manibusan
Administration Building
P.O. Box 10007
Saipan, MP 96950

**Ohio Attorney General**
Dave Yost
State Office Tower
30 E. Broad St., 14th Floor
Columbus, OH 43215

**Oklahoma Attorney General**
Gentner Drummond
313 NE 21st Street
Oklahoma City, OK 73105

**Oregon Attorney General**
Dan Rayfield
Oregon Department of Justice
1162 Court St., NE
Salem, OR 97301

**Pennsylvania Attorney General**
Dave Sunday
Pennsylvania Office of Attorney General
16th Floor, Strawberry Square
Harrisburg, PA 17120

**Puerto Rico Attorney General**
Lourdes Lynnette Gomez Torres
P.O. Box 9020192
San Juan, PR 00902

**Rhode Island Attorney General**
Peter F. Neronha
150 S. Main St.
Providence, RI 02903

**South Carolina Attorney General**
Alan Wilson
Rembert C. Dennis Office Bldg.
P.O. Box 11549
Columbia, SC 29211

**South Dakota Attorney General**
Marty Jackley
1302 East Highway 14, Suite 1
Pierre, SD 57501

**Tennessee Attorney General**
Jonathan Skrmetti
PO Box 20207
Nashville, TN 37202

Page 7 of 7

**Texas Attorney General**
Ken Paxton
Capitol Station
P.O. Box 12548
Austin, TX 78711

**U.S. Virgin Islands Attorney General**
Gordon C. Rhea
3438 Kronprindsens Gade
GERS Building, 2nd Floor
St. Thomas, Virgin Islands 00802

**Utah Attorney General**
Derek Brown
State Capitol, Rm. 236
Salt Lake City, UT 84114-0810

**Vermont Attorney General**
Charity R. Clark
109 State St.
Montpelier, VT 05609

**Virginia Attorney General**
Jay Jones
202 North Ninth Street
Richmond, VA 23219

**Washington Attorney General**
Nick Brown
1125 Washington St. SE
P.O. Box 40100
Olympia, WA 98504

**West Virginia Attorney General**
John McCuskey
State Capitol Complex, Bldg. 1, Rm. E-26
1900 Kanawha Blvd. E
Charleston, WV 25305

**Wisconsin Attorney General**
Josh Kaul
Wisconsin Department of Justice State
Capitol, Room 114 East
P.O. Box 7857
Madison, WI 53707

**Wyoming Attorney General**
Keith Kautz
State Capitol Bldg.
200 W. 24th Street
109 State Capitol
Cheyenne, WY 82002

# Exhibit C

**This is a notice of a settlement of a class action lawsuit.**

**This is <u>not</u> a notice of a lawsuit against you.**

If you are a person to whose cellular telephone number Register.com, Inc. ("Register.com") placed a call, directed to a telephone number assigned to a cellular telephone service, in connection with which Register.com (now Network Solutions, LLC.) used an artificial or prerecorded voice, from February 12, 2021 through November 24, 2025, and after the cellular telephone number was permanently disconnected and made available for reassignment per the Federal Communications Commission's Reassigned Numbers Database, you may be entitled to compensation as a result of the settlement in the class action lawsuit captioned

*Lewis v. Register.com, Inc.,*
*No. 1:25-cv-275 (S.D. Ind.)*

**A federal court authorized this notice.**

**This is <u>not</u> a solicitation from a lawyer.**

**Please read this notice carefully. It summarily explains your potential rights and options to participate in a class action settlement.**

*Lewis v. Register.com, Inc.*
c/o Settlement Administrator
P.O. Box 225391
New York, NY 10150-5391

FIRST-CLASS MAIL
U.S. POSTAGE PAID
CITY, ST
PERMIT NO. XXXX

**ELECTRONIC SERVICE REQUESTED**

<<Refnum Barcode>>

CLAIM ID: <<Refnum>>

**Postal Service: Please do not mark barcode**

<<FirstName>> <<LastName>>
<<Company>>
<<Address1>>
<<Address2>>
<<City>>, <<State>> <<Zip>>-<<zip4>>
<<Country>>

**What is this lawsuit about?** Tiffany Lewis filed a class action lawsuit against Register.com, Inc. ("Register.com") alleging that Register.com violated the Telephone Consumer Protection Act ("TCPA") by placing certain calls to cellular telephone numbers in connection with which Register.com used an artificial or prerecorded voice absent prior express consent. Register.com denies Ms. Lewis's allegations, and denies it violated the TCPA. The court has not decided who is right or wrong. The parties have agreed to a settlement. Please note that since the filing of this lawsuit, Register.com, Inc. merged with Network Solutions, LLC, and Network Solutions, LLC is the surviving entity.

**Why did you receive this notice?** You received this notice because Register.com's records identified you as a potential member of the following settlement class: "All persons and entities throughout the United States (1) to whom Register.com, Inc. placed a call, (2) directed to a telephone number assigned to a cellular telephone service, (3) in connection with which Register.com, Inc. used an artificial or prerecorded voice, (4) from February 12, 2021 through November 24, 2025, and (5) after the cellular telephone number was permanently disconnected and made available for reassignment per the Federal Communications Commission's Reassigned Numbers Database."

**What does the settlement provide?** Register.com/Network Solutions, LLC will establish a settlement fund of $1,500,000. Out of the settlement fund will be paid: (1) settlement compensation to participating, approved settlement class members; (2) an award of attorneys' fees not to exceed one-third of the settlement fund, subject to the court's approval; (3) litigation costs and expenses incurred in litigating the claims in this matter not to exceed $25,000, subject to the court's approval; (4) an incentive award to Ms. Lewis not to exceed $10,000, subject to the court's approval, and (5) costs of notice and claims administration. The settlement provides for more than $3,300 per potentially affected cellular telephone number. The actual amount each participating, approved member of the settlement class will receive depends on the number of settlement class members who submit approved claims.

**What are your legal rights and options?** If you fall within the settlement class, you have four options. First, you may timely complete and return the claim form found on the backside of this postcard, or timely submit a claim online at **www.registerTCPAsettlement.com**. Settlement class members who submit approved claims will receive a proportionate share of the settlement fund after deducting attorneys' fees, costs, expenses, and an incentive award, and will release certain TCPA claims they may have against Register.com/Network Solutions, LLC. Second, you may do nothing, in which case you will not receive a share of the settlement fund, but you will release certain TCPA claims you may have against Register.com/Network Solutions, LLC. Third, you may exclude yourself from the settlement, in which case you will neither receive a share of the settlement fund, nor release any TCPA claims you may have against Register.com/Network Solutions, LLC. Or fourth, you may object to the settlement. The deadline for you to submit a claim, exclusion request, or objection is **June 15, 2026**. To obtain additional information about your legal rights and options, or to access the full class notice, motions for approval, motion for attorneys' fees, and other important documents, visit **www.registerTCPAsettlement.com**, or contact the settlement administrator by writing to *Lewis v. Register.com, Inc.* Settlement Administrator, P.O. Box 225391, New York, NY 10150-5391, or by calling (833) 447-7880.

**When is the final fairness hearing?** The court will hold a final fairness hearing on **July 7, 2026** at **1 p.m. ET.** The hearing will take place in person. At the final fairness hearing, the court will consider whether the settlement is fair, reasonable, and adequate and, if so, whether final approval of the settlement should be granted. The court will also hear objections to the settlement, if any. The court may make a decision at that time, postpone a decision, or continue the hearing.

| | |
|---|---|
| **www.registerTCPAsettlement.com** | **(833) 447-7880** |

Postage
Required

*Lewis v. Register.com, Inc.*
c/o Settlement Administrator
P.O. Box 225391
New York, NY 10150-5391

Claim ID: <<Refnum>>

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA



**VISIT THE SETTLEMENT WEBSITE BY
SCANNING THE PROVIDED QR CODE**

*Lewis v. Register.com, Inc., No. 1:25-cv-275 (S.D. Ind.)*

## SETTLEMENT CLAIM FORM

Claim ID: <<refnum>>

<<firstname>> <<mi>> <<lastname>>
<<address1>> <<address2>>
<<City>>, <<State>> <<Zip>>

| If different address from the preprinted data on the left, please print your correct information. | | |
|---|---|---|
| First Name | Last Name | |
| Address | | |
| City | State | ZipCode |

Register.com, Inc. (now Network Solutions, LLC) placed an artificial or prerecorded voice call to my cellular telephone from February 12, 2021 through November 24, 2025, and I wish to participate in this settlement.

**Telephone number at which I received the call(s):**

Signature: _____

( ___ ___ ___ ) ___ ___ ___ - ___ ___ ___ ___

Dated: ___ ___ / ___ ___ / ___ ___ ___ ___

**To receive a payment you must enter all requested information above, and sign
and mail this settlement claim form, postmarked on or before June 15, 2026.**

**You may also submit a claim electronically at www.registerTCPAsettlement.com.**

**IF YOU MOVE, send your CHANGE OF ADDRESS to the
Settlement Administrator at the address on the backside of this form.**