# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| TIFFANY LEWIS, on behalf of herself and others similarly situated, | Case No.: 1:25-cv-00275-JPH-MJD |
| Plaintiff, | Judge: James Patrick Hanlon |
| v. | |
| | Magistrate Judge: Mark J. Dinsmore |
| REGISTER.COM, INC. | |
| Defendant. | |

## DEFENDANT'S NOTICE OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR ATTORNEY FEES

Defendant Register.com, Inc.[1] ("Defendant"), by and through undersigned counsel, hereby respectfully submits the following notice of non-opposition in response to Plaintiff's Motion for Attorney Fees filed by Plaintiff Tiffany Lewis, as an individual and on behalf of herself and on behalf of others similarly situated, on May 11, 2026 (Dkt. 71). Defendant agrees that the requests made within the Motion for Attorney Fees align with the terms of the parties' settlement agreement, which was submitted to this Court as an exhibit to Plaintiff's Motion for Preliminary Approval of Class Action Settlement, filed on January 28, 2026 (Dkt. 69, Ex. A).

---

[1] On July 25, 2025, Register.com, Inc., merged with Network Solutions, LLC.  For the sake of clarity and consistency with the current case caption, the company formerly known as Register.com, Inc. is referred to herein as "Defendant."

Dated: June 15, 2026

Respectfully submitted,

*/s/ A. Jeff Ifrah*
A. Jeff Ifrah
Abbey Block
1717 Pennsylvania Ave. NW
Ste. 650
Washington, D.C. 20006
(202) 524-4140
jeff@ifrahlaw.com
ablock@ifrahlaw.com

*Counsel for Defendant Register.com, Inc.*

**Certificate of Service**

I hereby certify that on this 15th day of June 2026, I filed the foregoing with the Court's electronic filing system, which will automatically provide notice to all counsel of record.

Dated: June 15, 2026

/s/ A. Jeff Ifrah
A. Jeff Ifrah