**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| TIFFANY LEWIS, on behalf of herself and others similarly situated, | Case No.: 1:25-cv-00275-JPH-MJD |
| Plaintiff, | |
| | Judge: James Patrick Hanlon |
| v. | |
| REGISTER.COM, INC. | Magistrate Judge: Mark J. Dinsmore |
| Defendant. | |

**DEFENDANT'S NOTICE OF NON-OPPOSITION TO PLAINTIFF'S
MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Defendant Register.com, Inc.[1] ("Defendant"), by and through undersigned counsel, hereby respectfully submits the following notice of non-opposition in response to Plaintiff's Motion for Final Approval of Class Action Settlement filed by Plaintiff Tiffany Lewis, as an individual and on behalf of herself and on behalf of others similarly situated, on June 8, 2026 (the "Motion for Final Class Approval"). Dkt. 72. Defendant does not oppose Plaintiff's request for the Court to grant the Motion for Final Class Approval or Plaintiff's request that the Court order distribution of the net settlement fund to settlement class members who have submitted valid claims, in addition to the payment of costs, fees, and the incentive award, provided that such distributions are made in accordance with the terms of the parties' settlement agreement, which was submitted to this

---

[1] On July 25, 2025, Register.com, Inc., merged with Network Solutions, LLC. For the sake of clarity and consistency with the current case caption, the company formerly known as Register.com, Inc. is referred to herein as "Defendant."

1

Court as an exhibit to Plaintiff's Motion for Preliminary Approval of Class Action Settlement, filed on January 28, 2026 (Dkt. 69, Ex. A).[2]

Dated: June 23, 2026

Respectfully submitted,

*/s/ Abbey Block*
Abbey Block
A.  Jeff Ifrah
1717 Pennsylvania Ave. NW
Ste. 650
Washington, D.C. 20006
(202) 524-4140
jeff@ifrahlaw.com
ablock@ifrahlaw.com

*Counsel for Defendant Register.com, Inc.*

---

[2] Defendant's Notice of Non-Opposition should not be construed as an admission of liability or wrongdoing in this or any other proceeding.

**<u>Certificate of Service</u>**

I hereby certify that on this 23rd day of June 2026, I filed the foregoing with the Court's

electronic filing system, which will automatically provide notice to all counsel of record.


Dated: June 23, 2026

/s/ Abbey Block
Abbey Block