UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| TIFFANY LEWIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:25-cv-00275-JPH-MJD |
| | ) | |
| REGISTER.COM, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**ENTRY FOR JULY 7, 2026**

On this date, the Court held a fairness hearing.  Plaintiffs appeared by counsel Anthony Paronich.  Defendants appeared by counsel, Abbey Elizabeth Block.  The hearing was recorded by Court Reporter, Jodie Franzen.

The Court heard argument from counsel on the motion for attorneys' fees, litigation costs and expenses, and an incentive award, dkt. 71, and the motion for final approval of class action settlement, dkt. 72.

For the reasons stated on the record, counsel shall confer and file a revised proposed approval order **by July 15, 2026**.  Plaintiff's counsel shall supplement the motion for fees, expenses, and costs with additional information regarding the requested $62,800 for the notice and administration costs of the settlement **by July 15, 2026.**

Dockets 71 and 72 remain under advisement.

1

Distribution:

All electronically registered counsel.