**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| TIFFANY LEWIS, *on behalf of herself and others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>NEWFOLD DIGITAL, INC., REGISTER.COM, INC.,<br><br>Defendants. | Case No. 1:25-cv-00275-JPH-MJD<br><br>CLASS ACTION<br><br>**SUPPLEMENTAL DECLARATION OF TARA TRAPANI OF KROLL SETTLEMENT ADMINISTRATION LLC REGARDING ADMINISTRATIVE COSTS** |

I, Tara Trapani, declare as follows:

**INTRODUCTION**

1.      I am a Senior Director of Kroll Settlement Administration LLC ("Kroll"), the claims administrator appointed in the above-captioned case, whose principal office is located at One World Trade Center, 285 Fulton Street, 31st Floor, New York, New York 10007. I am over 21 years of age and am authorized to make this declaration on behalf of Kroll and myself. The following statements are based on my personal knowledge and information provided by other experienced Kroll employees working under my general supervision. This declaration is being filed in support of Plaintiff's motion for approval of class action settlement.

2.      This declaration supplements the *Declaration of Tara Trapani of Kroll Settlement Administration LLC in Support of Plaintiff's Motion for Final Approval of Class Action Settlement*, filed June 8, 2026 (the "Initial Declaration") in order to update the Court in connection with the breakdown of the notice and administrative costs for this settlement.

---

SUPPL. DECL. OF TARA TRAPANI OF KROLL SETTLEMENT
ADMINISTRATION LLC RE ADMINISTRATIVE COSTS

- 1 -

CASE NO. 1:25-CV-00275-JPH-MJD

**NOTICE AND ADMINISTRATIVE COSTS**

3.      As of July 14, 2026, Kroll has billed $39,309.36 for services and fees incurred in the administration of this matter. The breakdown of notice and administrative costs billed to date is as follows:

| Billed to Date | |
|---|---|
| Project Setup: Develop Class List | $ 1,500.00 |
| Project Setup: Data Searches (x2) | $ 2,010.00 |
| Notification: CAFA Notice | $ 2,500.00 |
| Notification: Notice Documents Setup | $ 1,365.00 |
| Notification: Printing and Mailing Notice | $ 1,448.70 |
| Notification: Processing Undeliverable & Requests & Correspondence | $ 128.75 |
| Website: Creation & Maintenance | $ 6,475.00 |
| Contact Center: Training & Live Support | $ 2,120.70 |
| Forms Processing: Opt-Out / Objection & Claims Forms & Notifications | $ 36.45 |
| Mail Handling & Scanning | $ 258.55 |
| Data / Image Storage | $ 350.00 |
| Staff Hours: Executive Management & Senior Director | $ 1,435.00 |
| Staff Hours: Project Management | $ 17,385.00 |
| Staff Hours: Staff | $ 748.00 |
| Staff Hours: Data Entry & Technical Consulting | $ 702.00 |
| Expenses: Postage | $ 846.21 |

**TOTAL**    $ 39,309.36

4.      Kroll estimates that it will bill an additional $26,162.64 to complete the administration of this Settlement, which includes but is not limited to the costs associated with reminder call campaign, processing claims, distribution of settlement payments, and preparation of tax reporting documents in connection with the Qualified Settlement Fund. This estimate is based on Kroll's many years of experience administering class action settlements.

## **CERTIFICATION**

I declare under penalty of perjury under the laws of the United States that the above is true and correct to the best of my knowledge and that this supplemental declaration was executed on July 15, 2026 in Port Washington, New York.

_____
TARA TRAPANI