UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| TIFFANY LEWIS,<br><br>Plaintiff,<br><br>v.<br><br>REGISTER.COM, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 1:25-cv-00275-JPH-MJD |

**SCHEDULING ORDER**
**TELEPHONIC STATUS CONFERENCE**
**HON. MAGISTRATE JUDGE MARK J. DINSMORE**

This matter is set for a telephonic status conference on **Thursday, December 10, 2026 at 2:00 p.m. (Eastern)**. The purpose of the conference shall be to discuss case status. Counsel shall attend the conference by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system.

SO ORDERED.

Dated: 17 NOV 2026

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record
via email generated by the Court's ECF system.